```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 20 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

      - v. -                          :     08 CRIM 143

DERICK OPPONG,                    :
   a/k/a "Derick Oppeng,"
                             :
           Defendant.
                             :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

On or about December 23, 2007, in the Southern District of New York, DERICK OPPONG, a/k/a "Derick Oppeng," the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 20, 1999, in New York Supreme Court, Bronx County, for Criminal Possession of a Loaded Firearm in the Third Degree, in violation of New York Penal Law 265.02(4), a Class D Felony, did possess in and affecting commerce, a firearm, to wit, a loaded Glock .45 caliber handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DERICK OPPONG,
a/k/a "Derick Oppeng,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Foreperson.*

Post 11/87

RC
2/20/08

Indictment filed, case assigned
to Judge Buchwald

F. Maas, USMJ