ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   **ORDER**

    -v.-                           :   08 Cr. 143 (NRB)

DERICK OPPONG,                    :
    a/k/a "Derick Oppeng,"
                             :

             Defendant.
                             :
- - - - - - - - - - - - - - - x

        Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Amy Lester, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Bronx County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

        IT IS HEREBY ORDERED, that the files maintained by the Bronx County District Attorney's Office and the grand jury testimony and associated court files relating to the December 23, 2007 arrest of DERICK OPPONG, a/k/a "Derick Oppeng," the defendant (Arrest No. B07696955; NYSID No. 8795770Z; Grand Jury voting date: January 18, 2008; Docket No. 409 (2008)), be unsealed to permit the United States Attorney's Office for the Southern District of New York to review the contents of these materials and, if necessary, to disclose any documents contained therein as required by the Federal Rules of Criminal Procedure, Title 18 United States Code, Section 3500, as well as *Brady v.*

*Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny.

Dated: New York, New York
       March 25, 2008

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK