## Federal Defenders
### OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*



Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

APR 2 2 2008

April 22, 2008

BY HAND
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007



Re:  **United States v. Derick Oppong**
     08 Cr. 143 (NRB)

Dear Judge Buchwald:

   I respectfully write on behalf of my client, Derick Oppong, to seek a modification of the motion schedule set by the Court on April 3, 2008. Defense motions were scheduled to be submitted by April 24, 2008.

   On April 17, 2008, Mr. Oppong was scheduled to meet with counsel and sign an affirmation in support of his motion to suppress evidence. Prior to that meeting, Mr. Oppong reported as scheduled, to his Pretrial Services officer. During that visit, he was arrested by New York City Detectives for a state offense. He is currently incarcerated on Rikers Island and counsel has not been able to meet with him.

   I respectfully request an extension of the motion schedule by 10 days in order to meet with Mr. Oppong. I have spoken with Amy Lester, Esq., on behalf of the Government and she consents to this request. Subject to the Court's approval, the new motion schedule would be: Defense Motions by May 5, 2008; Government response by May 19, 2008; and Defense Reply by May 27, 2008.

   If the Court grants this request, we consent to the exclusion of time from speedy trial calculations pursuant to 18 U.S.C. §3161(h)(8), in the interests of justice.

Thank you for consideration of this request.

Respectfully submitted,

Robert M. Baum
Assistant Federal Defender
Tel.: (212) 417-8760

SO ORDERED:

HONORABLE NAOMI REICE BUCHWALD   4/28/08
United States District Judge

cc: Amy Lester, Esq.,
    Assistant United States Attorney