```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA       :
                                          NOTICE OF MOTION
       - V -                   :
                                          08 Cr. 143 (NRB)
DERICK OPPONG                  :

              Defendant.       :
------------------------------X
```

**PLEASE TAKE NOTICE** that upon the annexed affirmation of **ROBERT M. BAUM, ESQ.**, and the defendant herein, **DERICK OPPONG**, we will move before the **HONORABLE NAOMI REICE BUCHWALD**, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be determined, for an Order, pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal Procedure, and the Fourth and Fifth Amendments to the United States Constitution, suppressing physical evidence, and statements; and such other relief as the Court may deem just and proper.

Dated:   New York, New York
         May 5, 2008

                                   Respectfully submitted,
                                   LEONARD F. JOY, ESQ.
                                   Federal Defenders of New York
                        By:        _____
                                   **ROBERT M. BAUM, ESQ.**
                                   Attorney for Defendant
                                        **DERICK OPPONG**
                                   52 Duane Street - 10th Floor
                                   New York, New York 10007


TO:  MICHAEL J. GARCIA, ESQ.
     United States Attorney

```
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Attn:    **AMY LESTER, ESQ.**
         Assistant United States Attorney
```