Case 1:08-cr-00143-NRB    Document 20    Filed 05/09/2008    Page 3 of 3