

U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007



June 3, 2008

**BY FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

    Re:    **United States v. Derick Oppong**,
            08 Cr. 143 (NRB)



Dear Judge Buchwald:

        This letter confirms that the Court has scheduled a suppression hearing in the above-referenced case on July 9, 2008 at 9:30 a.m. The Government respectfully requests that the Court exclude the time from today until July 9th from calculation under the Speedy Trial Act pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the parties adequately to prepare for the upcoming hearing. The Government has spoken to counsel for the defendant, Robert M. Baum, Esq., and he has consented to the exclusion of time.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

        By: _____
        Amy Lester
        Assistant United States Attorney
        Tel: (212) 637-2416
        Fax: (212) 637-0421

*Handwritten endorsement:* So Ordered [signature] 6/3/08

cc:    Robert M. Baum, Esq. (By Facsimile)