

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 7, 2008

**BY FACSIMILE**

The Honorable Naomi Reice Buchwald
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007

JUL - 8 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Re:  United States v. Derick Oppong,
     08 Cr. 143 (NRB)

**MEMO ENDORSED**

Dear Judge Buchwald:

This letter confirms that the Court has adjourned the suppression hearing in the above-referenced case from the previously-scheduled date of July 9, 2008 to August 6, 2008 at 9:30 a.m. The Government respectfully requests that the Court exclude the time from July 9th until August 6th from calculation under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A). Such an exclusion will serve the ends of justice and outweighs the interests of the defendant and the public in a speedy trial because, among other reasons, it will enable the parties adequately to prepare for the upcoming hearing. The Government has spoken to counsel for the defendant, Robert M. Baum, Esq., and he has consented to the exclusion of time.

So Ordered.

7/9/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Amy Lester
Assistant United States Attorney
Tel: (212) 637-2416
Fax: (212) 637-0421

cc:  Robert M. Baum, Esq. (By Facsimile)

TOTAL P.002